**PATENAUDE & FELIX, A.P.C.**
Raymond A. Patenaude, Esq. (#128855)
rayp@pandf.us
Jeffrey W. Speights (#265206)
Jeffrey.Speights@pandf.us
4545 Murphy Canyon Road, 3rd Floor
San Diego, California 92123-4363
(858) 244-7600  Fax (858) 836-0318

Attorneys for RESURGENCE FINANCIAL, LLC
and LAW OFFICES OF PATENAUDE & FELIX, A.P.C.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS GONZALEZ,<br><br>                    Plaintiff,<br><br>v.<br><br>RESURGENCE FINANCIAL, LLC and LAW OFFICES OF PATENAUDE & FELIX, A.P.C.,<br><br>                    Defendants. | Case No.:  5:14-cv-00172-DSF-PJW<br><br>**DEFENDANTS' AMENDED REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UNDER F.R.C.P. 12(b)(6)**<br><br>[F.R.C.P. RULE 12(b)(6)]<br><br>[NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT]<br><br>Date:        May 12, 2014<br>Time:       1:30 p.m.<br>Crtm.:       840<br><br>The Honorable Dale S. Fischer<br><br>Action Filed:   January 29, 2014<br>Trial Date:      None Set |

Defendants RESURGENCE FINANCIAL, LLC and LAW OFFICES OF PATENAUDE & FELIX, A.P.C. (collectively "Defendants") request this Court to take judicial notice pursuant to Rule 201 of the Federal Rules of Evidence of the following exhibits attached to this judicial notice request in support of Defendants' Motion to Dismiss Plaintiff's Complaint:

////

**DEFENDANTS' AMENDED REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UNDER F.R.C.P. 12(b)(6)**

1. Plaintiff Alexis Gonzalez's Motion to Vacate in *Resurgence Financial, LLC v. Gonzalez*, Case No. INC060739 filed on August 11, 2006 in the California Superior Court for the County of Riverside. A true and correct copy is attached hereto as **Exhibit A**.

2. Court Order rejecting Plaintiff Alexis Gonzalez's Motion to Vacate in *Resurgence Financial, LLC v. Gonzalez*, Case No. INC060739 filed on August 11, 2006 in the California Superior Court for the County of Riverside. A true and correct copy is attached hereto as **Exhibit B**.

3. Notice of Ruling Denying Plaintiff Alexis Gonzalez's Motion to Vacate in *Resurgence Financial, LLC v. Gonzalez*, Case No. INC060739, filed on August 11, 2006 in the California Superior Court for the County of Riverside. A true and correct copy is attached hereto as **Exhibit C**.

4. Docket sheet for *Resurgence Financial, LLC v. Gonzalez*, Case No. INC060739, filed on August 11, 2006 in the California Superior Court for the County of Riverside. A true and correct copy is attached hereto as **Exhibit D**.

## I. LEGAL STANDARD

Under Federal Rule of Evidence 201, '[a] judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. Rule Evid. R. 201(b).

### A. THE COURT SHOULD TAKE JUDICIAL NOTICE OF THE EXHIBITS

The Court may take judicial notice of pleadings filed in other courts. *See Burbank-Glendale-Pasadena Airport Auth. v. City of Burbank*, 136 F.3d 1360, 1364 (9th Cir. 1998). As such the Court may take judicial notice of its own file as well as another court's file. The Court may also take judicial notice of matters of public record without converting a motion to dismiss into a motion for summary judgment, as long as the facts noticed are not subject to reasonable dispute. *Intri-Plex Techs., Inc. v. Crest Group, Inc.*,

2
**DEFENDANTS' AMENDED REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UNDER F.R.C.P. 12(b)(6)**

499 F.3d 1048, 1052 (9th Cir. 2007).  Therefore, this Court should take judicial notice of Plaintiff Alexis Gonzalez's Motion to Vacate filed in California Superior Court for the County of Riverside, the Court Order rejecting Plaintiff's Motion to Vacate filed in California Superior Court for the County of Riverside, the Notice of Ruling Denying Plaintiff's Motion to Vacate, and the docket sheet for the matter.

## II. CONCLUSION

For the foregoing reasons, Defendants respectfully request that this Court take judicial notice of Exhibits A, B, C, and D attached to this request, and filed in support of Defendants' Motion to Dismiss Plaintiff Alexis Gonzalez's Complaint.

Dated: April 30, 2014

Respectfully submitted:

By: /s/ Jeffrey W. Speights
Raymond A. Patenaude, Esq.
Jeffrey W. Speights, Esq.
Attorneys for Defendants
RESURGENCE FINANCIAL, LLC
and LAW OFFICES OF
PATENAUDE & FELIX, A.P.C.

**DEFENDANTS' AMENDED REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UNDER F.R.C.P. 12(b)(6)**